LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| GRACEHOUSE GROUP, LLC, Texas limited liability company; and CHRISTINE D'CLARIO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ISAAC MORALEJA, an individual, MUSICA CRISTIANA TV, S.L., an unknown form of business entity; and OMNIA MEDIA, INC., a Delaware corporation.<br><br>Defendants. | CASE NO. 2:18-cv-00268-MWF-AGR<br>The Honorable Michael W. Fitzgerald<br><br>[~~PROPOSED~~] AMENDED JUDGMENT |

4847-3967-7336.1

[~~PROPOSED~~] AMENDED JUDGMENT

# FINAL JUDGMENT

On February 15, 2019, Defendant Omnia Media, Inc. ("Omnia"), Defendant Isaac Moraleja and Plaintiffs Christine D'Clario and Gracehouse Group, LLC ("Plaintiffs") filed a stipulation with the Court that Omnia be dismissed from the matter with prejudice pursuant to FRCP 41(a)(1)(A)(ii) and be deemed the prevailing party. The parties further stipulated that good cause existed for immediate entry of final judgment in favor of Omnia. (*See* Stipulation of the Parties (ECF 51)).

Pursuant to the parties Stipulation, on February 15, 2019, the Court granted the parties Stipulation, dismissed the claims brought against Omnia by Plaintiffs with prejudice, entered an order declaring Omnia the prevailing party in the action, and entered final judgment in favor of Omnia.

On March 1, 2019, Defendant Omnia filed a Motion for Attorneys' Fees and sanctions pursuant to 17 U.S.C. §505, and 28 U.S.C. §1927, against Plaintiffs and Plaintiffs' counsel. (*See* Motion for Attorneys' Fees (ECF 53)). On May 7, 2019, the Court entered its Order granting in part, and denying in part, Defendant Omnia's Motion for Attorneys' Fees and awarded Omnia attorneys' fees totaling $112,430.25 in reasonable attorneys' fees to be paid jointly and severally by Plaintiffs Christine D'Clario and Gracehouse Group, LLC. (*See* Order (ECF 63)).

**NOW THEREFORE**, pursuant to Fed. R. Civ. P. Rule 58, the Court hereby enters final judgment in the following particulars:

1. Consistent with the Court's Order Granting the Parties' Stipulation for dismissal of Defendant Omnia (ECF # 52), the claims of Plaintiff Gracehouse Group, LLC and Christine D'Clario against Defendant Omnia Media, Inc. are dismissed, with prejudice, and Omnia is deemed the prevailing party.

2. Consistent with the Court's Order granting Omnia's Motion for

Attorneys' Fees (ECF # 63), Omnia is awarded its attorneys' fees pursuant to 17 U.S.C. §505 in the amount of $112,430.25 to be paid jointly and severally by Plaintiffs Christine D'Clario and Gracehouse Group, LLC. Omnia Media is further awarded its costs as allowed by law. Costs shall be determined by an appropriate bill of costs to be submitted by Omnia. Post-judgment interest to accrue on said attorneys' fee award and costs at the rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment; all such post-judgment interest to run until the judgment against Plaintiffs Christine D'Clario and Gracehouse Group, LLC is paid in full.

3. Final Judgment is hereby immediately entered in favor of Omnia as the prevailing party, as there is no just reason for delay.

**IT IS SO ORDERED.**

DATED: July 16, 2019

_Michael W. Fitzgerald_
Michael W. Fitzgerald
United States District Judge